IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CR-72-1F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK WILSON BAGGETT,

    Defendant.

**ORDER**

Defendant has submitted an unopposed motion to modify the conditions of his five-year sentence of probation by removing the condition of home detention. For good cause shown, Defendant's motion is GRANTED. Defendant's participation in the home detention program is hereby removed as a condition of Defendant's sentence.

SO ORDERED, this 2e day of October, 2014.

                                            *James C. Fox*
                                            JAMES C. FOX
                                            SENIOR UNITED STATES DISTRICT JUDGE