IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-CR-72-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK WILSON BAGGETT,<br><br>Defendant. | **ORDER** |

Defendant has submitted an unopposed motion pursuant to 18 U.S.C. § 3564(c) and Federal Rule of Criminal Procedure 32.1(c) for early termination of his five-year sentence of probation. For good cause shown, Defendant's motion is GRANTED. Defendant's probation is hereby terminated.

SO ORDERED, this 21st day of December, 2015.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE